# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2401
LT Case No. 2018-102530-CFDL

_____

LAQUAN A. ROEBUCK,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

_____

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Laquan A. Roebuck, Sneads, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

October 17, 2025

PER CURIAM.

 The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 4, 2024, order denying defendant's motion for postconviction relief rendered in Case No. 2018-102530-CFDL, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____